IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREGORY CROSS, AIS # 135513, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 11-CV-260-WS-C |
| DEBORAH TONEY, *et. al.*, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that the claims against Defendants Deborah Toney and Chandra Johnson be **DISMISSED** with prejudice.

**DONE** this 15th day of April, 2013.

                                                     s/WILLIAM H. STEELE
                                                   **CHIEF UNITED STATES DISTRICT JUDGE**