IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY CROSS, AIS # 135513, | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 11-CV-260-WS-C |
| DEBORAH TONEY, *et. al.*, | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the claims against Defendants Deborah Toney and Chandra Johnson be **DISMISSED** with prejudice.

**DONE** this 15th day of April, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE